CLARENCE F. BAKER and Another, Respondents, v. CONRAD YAGEL, Appellant.— Judgment unanimously affirmed, with costs.

HENRY C. BALLOU, Appellant, v. THE STATE OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs.

FRANCIS E. CARTER, as Administrator, etc., of BESSIE C. CARTER, Deceased, Respondent, v. THE VILLAGE OF RIFTON, Appellant.— Judgment and order reversed on the ground that the verdict is not sustained by the evidence, and new trial granted, with costs to the appellant to abide the event. All concurred.

SAMUEL C. DUDEY, Respondent, v. THE SANTA CLARA LUMBER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

GENEVA M. DENNIN, Appellant, v. JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment affirmed, with costs, on the authority of *Boyle* v. *Bush Terminal R. R. Co.* (210 N. Y. 389) and *Knapp* v. *Wells, Fargo & Co.* (134 App. Div. 712). All concurred, except Woodward, J., dissenting.

JOHN M. EDDY, Respondent, v. ANNA BELL, Appellant.— Judgment and order unanimously affirmed, with costs.

THE GLASS BAKERY, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

THE HELDERBERG CEMENT COMPANY, Respondent, v. INTER-CONTINENTAL CONSTRUCTION CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.

RICHARD HOPKINS, Respondent, v. THE STATE OF NEW YORK, Appellant. — Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting.

TRIPO KRSTOVIC, Respondent, v. CHARLES H. VAN BUREN and SAMUEL W. DAY, Copartners, etc., Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

CORNELIUS KAHLEN and ANNA KAHLEN, His Wife, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed.

EDWARD J. MANNIX, Appellant, v. J. SHELDON FROST, as Commissioner of Public Safety of the City of Albany, New York, and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law of AMELIA FRIDAY, Widow, and Two Minor Children, Respondents, for the Death of WILLIAM FRIDAY, v. GALUSHA STOVE COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.